ANDREW L. PACKARD (Bar No. 168690)
ERIK M. ROPER (Bar No. 259756)
HALLIE B. ALBERT (Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Telephone: (707) 763-7227
Facsimile: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

ROBERT J. TUERCK (Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Telephone: (530) 283-0406
Email: Bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COOK CONCRETE PRODUCTS, INC., a California corporation, and L. EDWARD SHAW, an individual,<br><br>Defendants. | Case No. 2:10-CV-01083-JAM-DAD<br><br>JOINT STIPULATION TO FILE RESPONSIVE PLEADING BY SEPTEMBER 21, 2010; ORDER |

The parties to the above-entitled action hereby stipulate that good cause exists to continue the due date for Defendants to file a responsive pleading because the parties are actively engaged in settlement discussions, and have conducted an informal settlement-protected site inspection. The parties are continuing to make progress on their settlement discussions and request this additional time with the intention of resolving the remaining differences.

Pursuant to Local Rule 143(b), the parties present the following stipulation for consideration by the Court.

PROCEDURAL HISTORY

The Complaint was filed on May 3, 2010.

On May 19, 2010, the Complaint and all related service documents were emailed by Plaintiff's counsel to counsel for Cook Concrete Products, Inc., and Mr. L. Edward Shaw ("Defendants").

The parties acknowledge that formal service is a mere formality and acknowledge that service of the Complaint and all related service documents occurred no later than August 31, 2010, such that a responsive pleading is due on or before September 21, 2010.

In light of the foregoing, the parties request that the Court allow a responsive pleading to be filed no later than September 21, 2010.

We respectfully request that the Court grant this stipulation and sign the order below reflecting this date.

SO STIPULATED.

Dated:  September 13, 2010            LAW OFFICES OF ANDREW L. PACKARD

                                      By:   /s/ Erik M. Roper
                                      Erik M. Roper
                                      Attorneys for Plaintiff
                                      CALIFORNIA SPORTFISHING
                                      PROTECTION ALLIANCE

PDF created with pdfFactory trial version www.pdffactory.com

-3-

Dated: September 13, 2010    ABBOTT & KINDERMANN, LLP

By:  /s/ Diane G. Kindermann
Diane G. Kindermann
(as authorized on September 13, 2010)
Attorneys for Defendants COOK
CONCRETE PRODUCTS, INC., and
L. EDWARD SHAW

**IT IS SO ORDERED.**

**DATED: September 13, 2010**

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com