ANDREW L. PACKARD (Bar No. 168690)
ERIK M. ROPER (Bar No. 259756)
HALLIE B. ALBERT (Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Telephone: (707) 763-7227
Facsimile: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

ROBERT J. TUERCK (Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Telephone: (530) 283-0406
Email: Bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COOK CONCRETE PRODUCTS, INC., a California corporation, and L. EDWARD SHAW, an individual,<br><br>Defendants. | Case No. 2:10-CV-01083-JAM-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

**WHEREAS**, on or about March 2, 2010, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendants COOK CONCRETE PRODUCTS, INC., a California corporation, and L. EDWARD SHAW, an individual, ("Defendants") with a Notice of Violations and Intent to File Suit ("CWA Notice") under Clean Water Act §505, 33 U.S.C. §1365.

**WHEREAS**, on May 3, 2010, CSPA filed its Complaint against Defendants in this Court, *California Sportfishing Protection Alliance v. Cook Concrete Products, Inc.,* et al., (USDC, E.D. Cal., Case No. 2:10-cv-01083-JAM-DAD) and said Complaint incorporates by reference all of the allegations contained in CSPA's CWA Notice;

**WHEREAS**, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the CWA Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the agreement ("Settlement Agreement") entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference.

**WHEREAS**, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraphs 2 and 19 of the Settlement Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the Settlement Agreement.

///

///

///

///

927112.1

PDF created with pdfFactory trial version www.pdffactory.com

**SO STIPULATED.**

Dated: _____         LAW OFFICES OF ANDREW L. PACKARD


By:_____
Andrew L. Packard
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated: _____         ABBOTT & KINDERMANN, LLP


By:_____
Diane Kindermann Henderson
Attorneys for Defendants
Cook Concrete Products, Inc. and L. Edward Shaw

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against COOK CONCRETE PRODUCTS, INC., a California corporation and L. EDWARD SHAW, an individual, as set forth in the Notice and Complaint filed in Case No. 2:10-cv-01083-JAM-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

**IT IS SO ORDERED.**

EASTERN DISTRICT COURT OF CALIFORNIA

Dated:  November 12, 2010              /s/ John A. Mendez
                                       United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com